# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DUSTON MILLER,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No.: 2:17-cv-02021-RFB-NJK

**ORDER**

(Docket No. 53)

Pending before the Court is Plaintiff's motion for an order directing the U.S. Marshal to serve Defendant T. Olson pursuant to 28 U.S.C. § 1915(d). Docket No. 53. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

On July 19, 2019, the Court granted a similar motion by Plaintiff, ordering the U.S. Marshal to attempt service on five Defendants, including Defendant T. Olson. Docket No. 33 at 2. The Court further ordered that, if the U.S. Marshal could not serve those Defendants and Plaintiff wanted to have service again attempted on them, Plaintiff would have to file a motion that specified a more detailed name or address for any unserved Defendant, or whether some other manner of service should be attempted. *Id.*

In early August 2019, summons were returned executed for the five Defendants. Docket Nos. 35, 38. However, on August 29, 2019, Defendants Las Vegas Metropolitan Police Department (LVMPD), Joseph Lombardo, Yancey Taylor, and Jeremy Hitt moved to dismiss Defendant T. Olson, submitting that—although the summons and complaint were left at the Clark County Detention Center (CCDC) for Defendant Olson, an alleged law librarian there—Defendant Olson never worked for LVMPD and thus "it is unclear how CCDC accepted service" on his or

1

her behalf, meaning that Defendant Olson is likely unaware that he or she has been sued. Docket No. 42 at 1.

On November 1, 2019, Plaintiff filed the instant motion, submitting that he discovered—from Defendant LVMPD's initial disclosures on October 23, 2019—that Defendant T. Olson "may be employed at and by the Clark County Law Library at" 309 S. Third St., Suite 400, Las Vegas, Nevada 89155. Docket No. 53 at 1–2. Plaintiff's motion asks the Court to order the U.S. Marshal to serve Defendant T. Olson at this location. *Id.* at 2. For the reasons stated in the Court's order at Docket No. 33, the Court **GRANTS** Plaintiff's motion. Docket No. 53.

Accordingly, the Court **INSTRUCTS** the Clerk to send Plaintiff one USM-285 form. Plaintiff will have thirty days from the date of this order within which to furnish to the U.S. Marshal the required USM-285 form with relevant information for Defendant T. Olson. The U.S. Marshal shall then attempt to serve Defendant T. Olson. The Court further **ORDERS** that Plaintiff must file a notice with the Court identifying whether Defendant T. Olson was served within twenty days after receiving back from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished. If service was not accomplished and Plaintiff wishes to have service again attempted on Defendant T. Olson, Plaintiff must file a separate motion with the Court specifying a more detailed name or address for Defendant T. Olson, or whether some other manner of service should be attempted.

IT IS SO ORDERED.

Dated: November 21, 2019

                                                              Nancy J. Koppe
                                                              United States Magistrate Judge