# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DUSTON MILLER,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No.: 2:17-cv-02021-RFB-NJK

**ORDER**

(Docket No. 67)

Pending before the Court is Plaintiff's motion to compel production of contact information for Defendant Tom Olson. Docket No. 67 at 1. Defendants failed to respond by the deadline to do so. *See* Docket. That failure constitutes "a consent to the granting of the motion." *See* Local Rule 7-2(d).

Accordingly, the Court **GRANTS** in part Plaintiff's motion. Docket No. 67. No later than February 11, 2020, Defendant Las Vegas Metropolitan Police Department must file, under seal, the last-known address of Defendant Tom Olson, or a notice stating that no address for Defendant Tom Olson is known.

IT IS SO ORDERED.

Dated: February 5, 2020

                                              Nancy J. Koppe
                                              United States Magistrate Judge