# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

DUSTON MILLER,

        Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al,*

        Defendants.

Case No. 2:17-cv-02021-RFB-NJK

**ORDER TO PRODUCE DUSTON MILLER, #1197568**

TO:    MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and BRIAN E. WILLIAMS, SR., WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

    **THE COURT HEREBY FINDS** that **DUSTON MILLER, #1197568,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

    **IT IS FURTHER ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **DUSTON MILLER, #1197568,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Thursday, March 12, 2020, at the hour of 10:00 AM, in LV Courtroom 7C to attend a motion hearing in the instant matter, until the said **DUSTON MILLER, #1197568,** is released and discharged by the said Court; and that

said **DUSTON MILLER, #1197568,**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 18th day of February, 2020.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**