# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUSTON MILLER,<br><br>   Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>   Defendant(s). | Case No.: 2:17-cv-02021-RFB-NJK<br><br>**ORDER**<br><br>(Docket No. 114) |

Pending before the Court is Defendants' motion to extend dispositive motions deadline. Docket No. 114. Specifically, Defendants request to extend the deadline by 30 days. *Id.* at 4. No response has been filed and the time for doing so has passed. *See* Docket. Failure to file a response to a motion constitutes "consent to the granting of the motion." Local Rule 7-2(d). Additionally, the Court has reviewed the motion and finds that good cause exists for the requested extension.

Accordingly, the Court **GRANTS** Defendants' motion. Docket No. 114. The Court **SETS** the following deadlines:

- Dispositive motions: July 23, 2020
- Joint proposed pretrial order: August 24, 2020[1]

IT IS SO ORDERED.

Dated: June 12, 2020

                                                           Nancy J. Koppe
                                                          United States Magistrate Judge

---

[1] If dispositive motions are filed, this date will be suspended until 30 days after the dispositive motions are decided or further Court order.

1