# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DUSTON MILLER,<br><br>  Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>  Defendants. | Case No.: 2:17-cv-02021-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 140] |

Pending before the Court is Defendants' motion to extend time to file a joint pretrial order. Docket No. 140. No response was filed. *See* Docket. Defendants seek a thirty-day extension of the joint pretrial order deadline. Docket No. 140 at 1. For good cause shown, Defendants' motion is **GRANTED**. The deadline for the parties to file a joint pretrial order is **EXTENDED** to November 10, 2021.

IT IS SO ORDERED.

Dated: October 28, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1