UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUSTON MILLER,<br><br>      Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>      Defendants. | Case No.: 2:17-cv-02021-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 148] |

    Pending before the Court is Plaintiff's motion to be reissued certain documents. Docket No. 148. Specifically, Plaintiff asks the Court to send him copies of Defendants' answer to Plaintiff's second and third amended complaints, certain discovery document disclosures, and a disciplinary hearing report all of which, Plaintiff submits, were lost or damaged during Plaintiff's transfer between institutions. *Id.* at 2. Defendants submit in response that they will voluntarily provide Plaintiff with copies of the requested documents. Docket No. 153 at 1. Accordingly, Plaintiff's motion, Docket No. 148, is **DENIED** as moot.

    IT IS SO ORDERED.

    Dated: December 2, 2021

                                                  _____
                                                  Nancy J. Koppe
                                                  United States Magistrate Judge