# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Duston Miller,

    Plaintiff,

v.

LVMPD, et al.,

    Defendants.

Case No. 2:17-cv-02021-RFB-NJK

**Order**

It appears that Plaintiff has moved without updating the mailing address on the docket. *See* Docket Nos. 207, 208 (mail returned as undeliverable). "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also in re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Plaintiff is hereby **ORDERED** to file a notice of changed address by January 14, 2026. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL.**

IT IS SO ORDERED.

Dated: December 31, 2025

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge