**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DUSTON MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>LVMPD, et al.,<br><br>    Defendants. | Case No. 2:17-cv-02021-RFB-NJK<br><br>**Order**<br><br>[Docket No. 217] |

Pending before the Court is Defendants Las Vegas Metropolitan Police Department, Yancey Taylor, Jeremy Hitt, Tyler Darrington, and Steven Albright's motion to excuse the individual defendants from personally attending the March 13, 2026, settlement conference. Docket No. 217.

The Court's January 5, 2026, order originally setting the settlement conference provides that all individual parties are required to appear for the duration of the settlement conference. Docket No. 211 at 2. The Court's order further states that "[a]ny request for an exception to the above attendance requirements must be filed and served on all parties within 14 days of the issuance of this order. … Requests for an exception must be supported by a compelling justification for an exception." *Id.* The instant motion was not filed within 14 days of the Court's order. Docket No. 217. Further, the Court requires named parties to attend settlement conferences for a variety of reasons, including the need for appropriate settlement authority and the need to hear from the parties as key witnesses to the alleged events. *See, e.g., HSBC Bank USA, N.A. v. Flamingo 316, LLC*, 2019 WL 2358391, at *3 n.7 (D. Nev. June 4, 2019). Although the motion indicates that the individual defendants' absence will not impair full settlement authority, the motion does not address whether their absence may otherwise impede the settlement conference.

1

Accordingly, the Court **DENIES** the instant motion.  Docket No. 217.

IT IS SO ORDERED.

Dated: February 17, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2