**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DUSTON MILLER,

     Plaintiff,

v.

LVMPD, et al.,

     Defendants.

Case No. 2:17-cv-02021-RFB-NJK

**Order**

[Docket Nos. 221, 222]

Pending before the Court are LVMPD Defendants' motions to continue the May 6, 2026, settlement conference and to excuse the individual defendants from personally attending the rescheduled settlement conference. Docket Nos. 221, 222. No response was filed. *See* Docket.

The Court **GRANTS** the motion to continue, Docket No. 221, and **RESETS** the settlement conference currently scheduled for May 6, 2026, to **10:00 a.m. on May 18, 2026**. Plaintiff must submit his settlement conference statement, in an envelope marked "Confidential," directly to the undersigned's box in the Clerk's Office not later than **3:00 p.m. on May 11, 2026**. All other requirements in the order at Docket No. 211 remain in force.

As to the motion to excuse the individual defendants from personally attending the settlement conference, the Court requires named parties to attend settlement conferences for a variety of reasons, including the need for appropriate settlement authority and the need to hear from the parties as key witnesses to the alleged events. Although the motion indicates that the individual defendants' absence will not impair full settlement authority, the Court is not persuaded that the personal presence of individual defendants may not be useful in recounting the alleged events. Further, counsel's attempts to contact individual defendants during the settlement conference, *see* Docket No. 222 at 3 n.1, may result in unnecessary delay. Therefore, the Court

**DENIES** the motion to excuse the individual defendants from personally attending the settlement conference.  Docket No. 222.

IT IS SO ORDERED.

Dated: April 1, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2