**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DUSTON MILLER,

     Plaintiff,

v.

LVMPD, et al.,

     Defendants.

Case No. 2:17-cv-02021-RFB-NJK

**Order**

[Docket No. 227]

Pending before the Court is LVMPD Defendants' renewed motion to excuse one of the individual defendants from personally attending the rescheduled settlement conference. Docket No. 227.[1] The Court does not require a response or a hearing. *See* Local Rule 78-1.

In the instant motion, Defendants request that the Court excuse Lieutenant Darrington from personally attending the rescheduled settlement conference or, alternatively, allow him to attend beginning at 12:30 p.m. Docket No. 227. Defendants submit that Lieutenant Darrington has a scheduling conflict related to ongoing medical treatment for a chronic condition for which he attends regular appointments. *Id.* at 2. Defendants fail to state when this appointment was scheduled and it appears they failed to consult this party to determine his availability when asking the Court to continue the settlement conference due to counsel's schedule.

The Court **CONTINUES** the settlement conference to 1:30 p.m. on May 18, 2026. Plaintiff must submit his settlement conference statement, in an envelope marked "Confidential," directly to the undersigned's box in the Clerk's Office not later than **3:00 p.m. on May 11, 2026**.

---

[1] This motion is, in reality, a motion to reconsider the Court's prior order; however, Defendants fail to cite to the proper reconsideration standards. Nonetheless, due to the witness' medical treatment, the Court considers the motion on its face.

1

All other requirements in the order at Docket No. 211 remain in force.  The Court **DENIES** Defendants' motion to excuse the individual defendants from personally attending the settlement conference.  Docket No. 227.

IT IS SO ORDERED.

Dated: April 23, 2026

_____
Nancy J. Koppe
United States Magistrate Judge