# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Duston Miller

    Plaintiff,

v.

LVMPD, et al.,

    Defendants.

Case No. 2:17-cv-02021-RFB-NJK

**ORDER**

On January 5, 2026, the Court granted Plaintiff's motion and set this case for a settlement conference on March 13, 2026.  Docket No. 211.  The Court ordered the parties to submit their confidential settlement statements to the Court no later than March 6, 2026.  *Id*. at 3.  Plaintiff failed to comply and, as a result, the Court reset the settlement conference to May 6, 2026.  Docket No. 220.  Due to scheduling issues, the settlement conference was later continued to May 18, 2026.  *See* Docket Nos. 224, 228.

The Court has now received notice that Plaintiff has failed to update his address.  *See* Docket No. 229 (mail returned as undeliverable).  "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991).  To that end, the local rules require that litigants immediately file with the Court written notification of any change of address and expressly warn that failure to do so may result in case-dispositive sanctions.  *See* Local Rule IA 3-1.

Accordingly, Plaintiff is hereby **ORDERED** to file a notice of updated address by May 21, 2026.  **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE.**

The Court further **VACATES** the settlement conference currently set for May 18, 2026. The Court will reset the settlement conference after Plaintiff updates his address, if the Court determines that proceeding with a settlement conference is appropriate at that time.

IT IS SO ORDERED.

Dated: April 30, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE